```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 15555
   ROBBIE T BARFIELD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1622


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 08/28/2007 and was confirmed 10/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/15/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
JP MORGAN CHASE BANK NA    CURRENT MORTG        .00          .00            .00
WASHINGTON MUTUAL          CURRENT MORTG        .00          .00            .00
WELLS FARGO BANK           SECURED VEHIC        .00          .00          85.00
CITIZENS BANK              UNSECURED       NOT FILED         .00            .00
EMERGE/FNBO                UNSECURED       NOT FILED         .00            .00
JC PENNY                   UNSECURED          106.42         .00         106.42
JEFFERSON CAPITAL SYSTEM   UNSECURED       NOT FILED         .00            .00
NUVELL CREDIT CO LLC       UNSECURED       NOT FILED         .00            .00
CAROL DAVIS                NOTICE ONLY     NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          274.20         .00         274.20
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,143.00                   3,143.00
TOM VAUGHN                 TRUSTEE                                       304.44
DEBTOR REFUND              REFUND                                      1,126.94

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE           5,040.00

PRIORITY                                         .00
SECURED                                        85.00
UNSECURED                                     380.62
ADMINISTRATIVE                              3,143.00
TRUSTEE COMPENSATION                          304.44
DEBTOR REFUND                               1,126.94
                  ---------------         ---------------
TOTALS            5,040.00                  5,040.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 15555 ROBBIE T BARFIELD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE